```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
GIANNIS ANTETOKOUNMPO,                                        :
                                    Plaintiff,                :
                                                              :   20 Civ. 9812 (LGS)
                 -against-                                    :
                                                              :          ORDER
ADAM DUNNE,                                                   :
                                    Defendant.                :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, per the Order dated January 15, 2021, Plaintiff was directed to serve a copy of the January 15, 2021, Order on Defendant and to file proof of service. No proof of service was timely filed. It is hereby

**ORDERED** that Plaintiff shall serve a copy of the January 15, 2021, Order as soon as possible and file proof of service no later than **January 22, 2021**.

Dated: January 20, 2021
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE